

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 4, 2013**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| William Jason Kelcy § | Case No. 13-10024-RLJ-13 |
| AND § | |
| Kimberly Kay Kelcy § | Chapter 13 |
| DEBTOR(s) § | |

### ORDER DISMISSING CHAPTER 13 CASE

Debtor's Motion to Dismiss Chapter 13 Case came on to be heard/considered and after reviewing the pleading's and/or hearing the arguments of counsel, the Court finds the following:

1. Debtor(s) filed a Voluntary Motion to Dismiss pursuant to U.S.C. 1307(b).
2. The Court finds that the above-referenced Chapter 13 case should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered case is hereby dismissed.

* * * END OF ORDER * * *

PREPARED BY:
Monte J. White, Attorney for Debtor(s)
Monte J. White & Asssociates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325)672-9227 fax
legal@montejwhite.com